**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Milton Bachman COHEN,
Defendant–Appellant.**

No. 04–7587.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 9, 2004.

Decided: Dec. 17, 2004.

court. *See* Fed. R.App. P. 4(c)(1); *Houston v. Lack,* 487 U.S. 266, 270–72, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).

Milton Bachman Cohen, Appellant pro se.

Stephen Matthew Schenning, Office of the United States Attorney, Baltimore, Maryland; Rod J. Rosenstein, Office of the United States Attorney, Greenbelt, Maryland, for Appellee.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Milton Bachman Cohen appeals the district court's order denying his motion for correction of sentence under former Fed. R.Crim.P. 35. We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*